IN THE UNITED STATESE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID CHALOEUNPORN : CIVIL ACTION
[HP-4637] :
 :
 :
v. :
 :
 :
WAYNE J. GAVIN, et al. : NO. 14-5473

## ORDER

AND NOW, this 3rd day of December, 2015, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, and Petitioner's objections thereto, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED.**

2. The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. §2254, is **DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING.**

3. The motion of the Petitioner for appointment of counsel [Doc. 17] is denied. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

JEFFREY L. SCHMEHL, J.